IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

OPERATING ENGINEERS LOCAL NO. )
147 HEALTH FUND; and OPERATING )
ENGINEERS LOCAL NO. 147 ) No. 3-10-0475
ANNUITY FUND )
 )
v. )
 )
TMC REPAIRS, INC. )

O R D E R

By notice issued contemporaneously with the filing of the complaint in this case and presumably served upon the defendant with the summons and complaint, the initial case management conference was scheduled on June 28, 2010, at which time no appearance was made on behalf of the defendant.

On June 22, 2010, the plaintiffs filed a motion for preliminary injunction (Docket Entry No. 6). The defendant shall have until July 15, 2010, to file a response to the motion.

The Clerk is directed to forward the file in this case to the Honorable Robert L. Echols for his consideration of the plaintiffs' motion for preliminary injunction and accompanying filings (Docket Entry Nos. 6-8), and any response to be filed no later than July 15, 2010.

Because it appears that the defendant was served with the complaint and summons on May 22, 2010, see Docket Entry No. 4, but has not filed a response to the complaint, because no appearance was made on behalf of the defendant at the initial case management conference on June 28, 2010, because the defendant has not responded to the plaintiffs' motion for entry of default, filed on June 15, 2010 (Docket Entry No. 5), and because the defendant has not communicated in any form or fashion with the Court, it appears that the defendant does not intend to enter an appearance in this case or otherwise defend this action.

Therefore, unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

The Clerk is directed to mail a copy of this order to the defendant c/o John Cussen, Registered Agent, 1409 Birch Leaf Rd., Chesapeake, VA 23320, by regular, first class mail and by certified mail.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge