IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| OPERATING ENGINEERS LOCAL UNION NO. 147 HEALTH AND WELFARE FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 3:10-cv-0475 Senior Judge Wiseman |
| TMC REPAIRS, INC., | ) ) | Magistrate Judge Griffin |
| Defendant. | ) | |

**O R D E R**

Upon reassignment of this case to Judge Wiseman (Document #15), the Court will address the default judgment upon further motion pursuant to FRCP 55(b).

IT IS SO ORDERED.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge