APPROVED. /s/ Thomas A. Wiseman Jr

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OPERATING ENGINEERS LOCAL NO. 147 )<br>HEALTH FUND and OPERATING ENGINEERS )<br>LOCAL NO. 147 ANNUITY FUND, )<br>    )<br>    Plaintiffs, )<br>    )<br>v. )<br>    )<br>TMC REPAIRS, INC., )<br>    )<br>    Defendant. ) | Civil Action No. 3:10-0475<br><br>*Senior Judge Wiseman*<br>*Magistrate Judge Griffin* |

## NOTICE OF VOLUNTARY NONSUIT

Plaintiffs, pursuant to Fed. R. Civ. P. 41(a)(1), voluntarily dismiss this civil action as the action is not subject to the provisions of Fed. R. Civ. P. 23(e) or 66 or another statute of the United States. It is the intent of Plaintiffs that the dismissal be without prejudice.

Respectfully submitted,

s/R. Jan Jennings
R. Jan Jennings, BPR No. 1536
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North, 4th Floor
Nashville, Tennessee 37201-1631
Tel. (615) 254-8801
Email: jan@branstetterlaw.com